## CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*February 1, 2007*

[Cite as *02/01/2007 Case Announcements*, 2007-Ohio-387.]

## RECONSIDERATION OF PRIOR DECISIONS

2006–1615.   State ex rel. Keith v. Spaeth.
In Mandamus. Reported at 112 Ohio St.3d 1431, 2007-Ohio-107. On motion for reconsideration and reopening. Motion denied.

## MISCELLANEOUS DISMISSALS

2006–1301.   State ex rel. Xerox Corp. v. Indus. Comm.
Franklin App. No. 05AP–140, 2006-Ohio-2704. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Upon consideration of appellant's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.